UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AERITAS, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>PANERA BREAD COMPANY, AND PANERA, LLC D/B/A PANERA BREAD,<br><br>       Defendants. | Civil Action No. 6:19-cv-00387 |

**DEFENDANTS PANERA BREAD COMPANY AND PANERA, LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Panera Bread Company and Panera, LLC ("Panera") file this unopposed motion for extension of time to answer or otherwise respond to Plaintiff Aeritas, LLC's ("Plaintiff") Complaint (ECF No. 1).

Plaintiff filed its Complaint on June 24, 2019 (ECF No. 1). Plaintiff served Panera with process on June 25, 2019, making Panera's deadline to respond on July 16, 2019. Counsel for Panera conferred with Plaintiff's counsel on July 12, 2019 to request a 30-day courtesy extension of time for Panera to answer or otherwise respond to Plaintiff's Complaint, and Plaintiff's counsel consented to Panera's requested extension.

Panera therefore respectfully requests an extension of time up to and including August 15, 2019, to answer or otherwise respond to the Complaint. No prior extension of time has been requested, and Panera's requested extension is not made for purposes of delay. Accordingly, Panera respectfully requests that the Court issue the attached proposed order extending Panera's time to answer or otherwise respond to Plaintiff's complaint to August 15, 2019.

1

Dated: July 12, 2019                    Respectfully submitted,

By: */s/ Brady Cox*
Brady Cox (TX Bar No. 24074084)
**ALSTON & BIRD LLP**
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Phone: (214) 922-3400
Fax:    (214) 922-3899
brady.cox@alston.com

*Attorney for Defendants Panera Bread Company and Panera, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 12, 2019.

*/s/ Brady Cox*
Brady Cox
