UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **AERITAS LLC,**<br><br>Plaintiff<br><br>v.<br><br>**PANERA BREAD COMPANY,**<br><br>Defendant | Case No. 6:19-cv-00387-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, Aeritas LLC ("Aeritas"), and Defendant, Panera Bread Company ("Panera") have resolved their disputes in this action. Pursuant to this resolution, the parties hereby move the Court to dismiss with prejudice all claims asserted by Plaintiff against Defendant in this action. The parties agree that all attorneys' fees, costs of court and expenses shall be borne by the incurring party.

Therefore, Aeritas LLC and Panera Bread Company respectfully request that the Court enter an order dismissing with prejudice all claims in this action, ruling that all attorneys' fees, costs of court and expenses shall be borne by the incurring party, and retaining jurisdiction over this action to enforce the terms of the resolution between the Parties.

Counsel for Aeritas has conferred with counsel for Panera, and counsel for Panera stated Panera agrees with and joins this motion.

Dated: October 31, 2019

Respectfully submitted,

/s/ R. W. Mort III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF